No. 65743.—Balfour Guthrie & Co., Ltd. v. United States, protest 329947–K (Los Angeles).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the correct weight against which duty should be taken is the net invoice weights, the collector was directed to reliquidate the entry accordingly. .

JUNE 1, 1961

No. 65744.—Morris Shoenthal, Inc. v. United States, protest 328085–K.— Plaintiff's application for rehearing granted.